IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ADMIRAL INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAKEVIEW COMMONS TOWNHOMES )<br>CONDOMINIUM ASSOCIATION and )<br>IDIL OZER, )<br>)<br>Defendants )<br>LAKEVIEW COMMONS TOWNHOMES )<br>CONDOMINIUM ASSOCIATION )<br>)<br>Counter-Plaintiff )<br>)<br>v. )<br>)<br>ADMIRAL INDEMNITY COMPANY, )<br>)<br>Counter-Defendant )<br>LAKEVIEW COMMONS TOWNHOMES )<br>CONDOMINIUM ASSOCIATION, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM R. BERKLEY, SHADI ALBERT, )<br>SUSAN CLEMSON and ROBERT BUCHERT )<br>d/b/a BERKLEY LUXURY GROUP, )<br>a Berkley Company, )<br>)<br>Third-Party Defendants ) | Case No.: 1:24-cv-04294 |

**DISMISSAL STIPULATION**

Plaintiff/Counter-Defendant Admiral Indemnity Company, Defendant/Counter-Plaintiff/Third-Party Plaintiff Lakeview Commons Townhomes Condominium Association, and Defendant Idil Ozer (collectively, the "Parties"), by and through their undersigned counsel, hereby

1

stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, including those parties named in but not served with Third-Party Plaintiff Lakeview Commons Townhomes Condominium Association's Third Party Complaint, with the Parties bearing their own attorney's fees and costs.

Respectfully submitted by:

| By:     /s/ Brian M. Reid                                                                                                                                                | By:     /s/ Kenneth Anspach                                                                                                                                                                              |
|---|---|
| Brian M Reid<br>Litchfield Cavo LLP<br>303 W. Madison, #300<br>Chicago, IL 60606<br>(312) 781-6617<br>reid@litchfieldcavo.com<br><br>*Counsel for Admiral Indemnity Company* | Kenneth Anspach, Esq.<br>Anspach Law Office<br>77 West Washington Street, Suite 1420<br>Chicago, Illinois 60602<br>T: (312) 407-7888<br>ken@anspachlawoffice.com<br><br>*Counsel for Lakeview Commons Townhomes Condominium Association* |
| By:     /s/ Michael P. Connelly<br><br>Michael P. Connelly<br>Of Counsel<br>Rock Fusco & Connelly LLC<br>333 W. Wacker, 19th Floor<br>Chicago Illinois 60606<br>T: 312 494 1000<br>mconnelly@rfclaw.com<br><br>Mario Palermo<br>PALERMO LAW GROUP, LLC<br>1415 W. 22nd St., Tower Floor<br>Oak Brook, IL 60523<br>T: (630) 684-2332<br>mario@palermolawgroup.com<br><br>*Counsel for Idil Ozer* | |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed this 7th day of March 2025. Notice will be sent by the Court's electronic filing system to all counsel of record listed on the filing receipt.

/s/ Brian M. Reid